UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEVANESE ROBINSON-FEARON, SOPHIA DAVIS, and ANGELLA CAMPBELL<br> *Plaintiffs*,<br><br>v.<br><br>OFFICER HAILIE HOPE, OFFICER SEAN D. CLEARY, OFFICER THOMAS FULLAM, OFFICER OWEN MURRAY, and SERGEANT BRIAN JONES, in their individual capacities,<br> *Defendants*. | C.A. NO. 1:25-cv-12076 |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
PURSUANT TO 28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

The petitioners, Hailie Hope, Sean D. Cleary, Thomas Fullam, Owen Murray and Brian Jones, respectfully petition this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, Eastern Division, from the Superior Court of the Commonwealth of Massachusetts in and for the County of Barnstable, and for their Notice of Removal state as follows:

1.      The petitioners are named as defendants by the plaintiffs, Chevanese Robinson-Fearon, Sophia Davis and Angella Campbell, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for the County of Barnstable, entitled <u>Chevanese Robinson-Fearon, Sophia Davis and Angella Campbell vs. Officer Hailie Hope, Officer Sean D. Cleary, Officer Thomas Fullam and Sergeant Brian Jones,</u> C.A. No. 2572CV00253.  On July 1, 2 & 3, 2025, the petitioners, Hailie Hope, Sean D. Cleary, Thomas Fullam, Owen Murray and Brian Jones, were served with Summonses and a copy of the plaintiffs' Complaint.  Copies of the

Summonses & Complaint are attached hereto as Exhibits "A" and "B," respectively. The petitioners have not yet answered or otherwise responded to said Summons and Complaint, nor have appearances been filed in Barnstable Superior Court on their behalf.

2.      This is a suit of a wholly civil nature brought in a Massachusetts state court.  The action is pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Barnstable and, accordingly, under 28 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3.      In Count I of the Complaint, the plaintiffs allege that the petitioners violated the plaintiffs' civil rights under 42 U.S.C. § 1983.

4.      Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

5.      The petitioners are filing this Notice of Removal within thirty (30) days of service of the Summons and Complaint, within thirty days of the date this action became removable, and within the time for filing this petition.  See 28 U.S.C. § 1446.

6.      The petitioners will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Barnstable.

7.      Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Barnstable, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within twenty-eight (28) days after the filing of this Notice of Removal.

WHEREFORE, the petitioners, Hailie Hope, Sean D. Cleary, Thomas Fullam, Owen Murray and Brian Jones, pray that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Barnstable County be removed from that Court to this United States District Court.

The Defendants,
OFFICER HAILE HOPE, OFFICER SEAN D. CLEARY,
OFFICER THOMAS FULLAM, OFFICER OWEN
MURRAY and SERGEANT BRIAN JONES,
By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Cole S. Fahrenkopf*

_____
Cole S. Fahrenkopf, BBO #710953
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
cfahrenkopf@piercedavis.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 24, 2025.

*/s/ Cole S. Fahrenkopf*

_____
Cole S. Fahrenkopf, BBO #710953